IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAROLE LYNN DOSE' ) | Case No. 19-50249 |
| ) | Chapter 7 |
| Debtor. ) | |

**WITHDRAWAL OF RESPONSE AND OBJECTION BY TRUSTEE TO MOTION BY NATIONSTAR MORTGAGE LLC FOR RELIEF FROM THE AUTOMATIC STAY**

Comes Now Daniel C. Bruton, Chapter 7 Trustee, and withdraws the Response and Objection by Trustee to Motion by Nationstar Mortgage LLC for Relief from the Automatic Stay [DOC # 18], filed on April 22, 2019.

This the 14th day of May, 2019.

/s/ Daniel C. Bruton
Daniel C. Bruton, NCSB No. 22440
Attorney for the Trustee

OF COUNSEL

Bell Davis & Pitt, PA
100 N. Cherry St, Suite 600
Winston-Salem, NC 27101
Telephone: (336) 722-3700

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAROLE LYNN DOSE' ) | Case No. 19-50249 |
| ) | Chapter 7 |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the **WITHDRAWAL OF RESPONSE AND OBJECTION BY TRUSTEE TO MOTION BY NATIONSTAR MORTGAGE LLC FOR RELIEF FROM THE AUTOMATIC STAY** by electronic means or by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Andrew Lawrence Vining         Via CM/ECF
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216

D. Barrett Burge                Via CM/ECF
514 S. Stratford Road, Suite 333
Winston-Salem, NC 27103

This the 14th day of May, 2019.

/s/ Daniel C. Bruton
Daniel C. Bruton
Attorney for Trustee