

**SO ORDERED.**

**SIGNED this 24th day of May, 2019.**

_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

CAROL LYNN DOSE'                                    19-50249
                                                    CHAPTER 7

ORDER GRANTING RELIEF FROM
AUTOMATIC STAY

    **THIS MATTER** coming before the United States Bankruptcy Judge for the Middle District of North Carolina on May 15, 2019 for hearing upon the motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for relief from the automatic stay regarding the Debtor's real property located at 354 Brier Creek Rd, Advance, NC 27006. There were no appearances at the hearing.

    **AND IT APPEARING** to the Court that the Trustee filed a Response in Opposition to the Nationstar Mortgage LLC d/b/a Mr. Cooper's Motion for Relief;

    **AND IT FURTHER APPEARING** to the Court that the Trustee withdrew his Response prior to hearing;

    **AND IT FURTHER APPEARING** that for good cause shown relief from the automatic stay should be granted to Nationstar Mortgage LLC d/b/a Mr. Cooper, or any successor-in-interest, with respect to the Debtor's real property located at 354 Brier Creek Rd, Advance, NC 27006;

    **WHEREFORE, IT IS HEREBY ORDERED** that Nationstar Mortgage LLC d/b/a Mr. Cooper, or any successor-in-interest, shall be granted relief from the automatic stay and may proceed with foreclosure of the Debtor's real property located at 354 Brier Creek Rd, Advance, NC 27006.

    **IT IS FURTHER ORDERED** that if a sale of the real property is held and excess proceeds are derived, then such proceeds shall be deposited with the Chapter 7 Trustee.

End of Document

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

CAROL LYNN DOSE'  19-50249
CHAPTER 7

PARTIES TO BE SERVED

Carol Lynn Dose'
354 Briercreek Rd
Advance, NC 27006

D. Barrett Burge
514 South Stratford Rd
Suite 333
Winston Salem, NC 27103

Daniel C. Bruton
Bell, Davis & Pitt, P.A.
600 Century Plaza
100 North Cherry Street, P.O. Box 21029
Winston-Salem, NC 27120-1029

William P. Miller
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401

Andrew Lawrence Vining
10130 Perimeter Parkway, Ste. 400
Charlotte, NC 28216